William C. Patton, Plaintiff in Error, v. Henry L. Coe, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Manatee county; Joseph B. Wall, Judge.

D. C. McMullen for plaintiff in error.

Sparkman & Carter for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

J. T. Peacock, Plaintiff in Error, v. Cecil Wilcox, Defendant in Error.

### Division B.

Writ of error to Circuit Court, Hamilton county; Bascom H. Palmer, Judge.

M. F. Horne and D. B. Johnson for plaintiff in error.

B. B. Johnson for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was order granting a new trial for the plaintiff, and the defendant takes writ of error. The order is affirmed.

Decision *Per Curiam.*